United States District Court

Eastern District of California

| | |
|---|---|
| Jeffers P. Dickey, | |
|     Plaintiff, | No. Civ. S 03-2215 MCE PAN P |
|   vs. | Order |
| M. Churray, | |
|     Defendant. | |

-oOo-

July 11, 2005, plaintiff filed a motion to compel and motion to extend time for discovery.  July 1, 2005, plaintiff filed a motion to compel.  None of the documents include the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Therefore the documents are stricken and the Clerk of Court shall make a notation thereon to that effect.

June 22, 2005, plaintiff moved to compel.  Defendant shall oppose within 10 days, and plaintiff may reply within 10 days thereafter.

1  So ordered.

2  Dated:  July 19, 2005.

3                                          /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
4                                           Magistrate Judge