IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERS P. DICKEY,                              No. CIV S-03-2215 MCE PAN P

      Plaintiff,

  v.                                                             **ORDER**

M. CHURRAY

      Defendant.
_____/

    On July 18, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 30, 2005, denying motion to serve a deposition by written questions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2  the order of the magistrate judge filed June 30, 2005, is
3  affirmed.
4  DATE: September 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE