United States District Court

Eastern District of California

Jeffers P. Dickey,

      Plaintiff,                    No. Civ. S 03-2215 MCE PAN P

  vs.                                  Order

M. Churray,

      Defendant.

                               -oOo-

    Plaintiff, a state prisoner without counsel, claims defendant failed to protect him from inmates who attacked him on the exercise yard. The court herein addresses plaintiff's June 22, 2005, discovery motion.

    Plaintiff's Interrogatory 4, asked for the name, address, and badge/prisoner identification number of each person who witnessed the attack, made or heard statements regarding it, or had knowledge of it. Defendant provided plaintiff a copy of Crime/Incident Report No. SAC-FAS-01-11-0510 and stated the

document identified all witnesses.  Plaintiff attempted to confer with defendant, asking for addresses of eight inmates plaintiff contends witnessed the event.  Defendant did not respond.  Defendant shall provide the requested addresses.

Interrogatory 5 asked defendant to identify and provide the address of anyone interviewed about the incident by "anyone acting on [defendant's] behalf."  Defendant admits an investigation was made through the warden's office, but argues it was not on his "behalf."  Defendant shall provide the requested information.

Request for production of documents number 5 asked defendant to produce copies of all materials directing his duties and responsibilities as a control officer.  These materials are irrelevant; what matters in this case is what the constitution required, not what a manual may or may not have required.  No further response is required.

Plaintiff's June 22, 2005, motion to compel discovery is granted in part.  Defendant shall respond as herein provided within ten days.

So ordered.

Dated:  November 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge