```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


JEFFERS P. DICKEY,                      No. 2:03-cv-2215-MCE-PAN-P

          Plaintiff,

     v.                                 ORDER

MARK CHURRAY,

          Defendant.
                                   /
```

On May 19, 2006, defendant filed a Request for Reconsideration of the Magistrate Judge's Order filed May 2, 2006, ordering sanctions. Plaintiff has filed an Opposition. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the Order of the magistrate judge filed May 2, 2006, is affirmed.

DATED: June 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE