1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JEFFERS PATRICK DICKEY,
11          Plaintiff,                    No. CIV S-03-2215 MCE PAN P
12      vs.
13  MARK CHURRAY,
14          Defendant.                    <u>ORDER</u>
15  _____/
16      Pursuant to the order of this court filed May 2, 2006, plaintiff has submitted direct
17  questions for the deposition by written questions of inmate "name of deponent." Defendant has
18  not submitted any questions for cross-examination, nor has he objected to any proposed
19  questions. The court now orders the clerk to forward a copy of the questions to the deponents
20  along with a subpoena issued by the court and a copy of this order. Each deponent shall write out
21  the answers to the questions on the forms provided, swear to their truthfulness, and return them
22  to the court. The clerk shall then forward copies of the answers to the parties. Counsel for
23  defendant is ordered to provide such assistance as is required within the prison to effectuate this
24  order. The deposition shall occur within thirty days from the date of this order.
25  /////
26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

A. The clerk of the court is ordered to forward the subpoena, a copy of this order, and a copy of the written deposition questions (Attachment 1 to docket no. 90) to the following deponents:

1. Robert Upshaw (P-56186), Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020.

2. William Dukes (J-79876), Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, CA 95640.

3. Michael Casey (P-12549), Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020.

4. Travis Wood (J-67560), Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, CA 95531-7000.

5. Sherman Bell (E-89260), Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, CA 95531-7000.

6. Chris Parker (K-03486), High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, CA 96127-0750.

7. Jesse Clasby (K-46356), Pelican Bay State Prison, 5905 Lake Earl Drive, P.O. Box 7000, Crescent City, CA 95531-7000.

8. Trippe (E-61614), California State Prison at Corcoran, 4001 King Avenue P.O. Box 8800, Corcoran, CA 93212-8309.

B. Mr. Upshaw, Mr. Dukes, Mr. Casey, Mr. Wood, Mr. Bell, Mr. Parker, Mr. Clasby and Mr. Trippe shall return the questions pursuant to subpoena to the court no later than thirty days after the date of this order;

C. Upon receipt of the deposition answers, the clerk of the court shall forward copies to the parties; and

/////

D.  Any redirect or recross questions will be lodged with the court within thirty days of service of the answers.

DATED:  June 14, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/001; dick2215.415