IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERS PATRICK DICKEY,

    Plaintiff,                    No. CIV S-03-2215 MCE PAN P

    vs.

MARK CHURRAY,                <u>ORDER</u>

    Defendant.

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 2, 2006, defendant was ordered to produce, for *in camera* review, Operational Procedure #8 and an unredacted and redacted copy of the Lieber report. Defendant has produced the requested documents. Defendant states he wishes to redact a name from the Lieber report. Defendant will be directed to notify the court, in writing, whether he intends to call this person as a witness or present a statement of this person at any time during this proceeding, including, but not limited to, a motion for summary judgment or at trial. In addition, defendant shall inform the court which portion of Operational Procedure No. 8 he intends to offer as a defense herein.

/////

/////

/////

/////

1  Good cause appearing, IT IS HEREBY ORDERED that within twenty days,
2 counsel for defendant shall address the items noted above.
3 DATED: June 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001;dickey.mtc2